IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHEAL E. STEVENSON, | ) | |
| Petitioner, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv493-MHT |
| | ) | (WO) |
| KARLA W. JONES, Warden, and STEVEN T. MARSHALL, Attorney General of the State of Alabama, | ) ) ) ) ) | |
| Respondents. | ) | |

OPINION AND ORDER

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be transferred to the United States District Court for the Northern District of Alabama. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 2) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 2241(d).

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 20th day of June, 2018.

                                        /s/ Myron H. Thompson  
                                     UNITED STATES DISTRICT JUDGE